UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHUN & ASSOCIATES, INC., dba R-N MARKET; JOHN R. COOK, Trustee of the JOHN R. COOK AND DEBRA L. COOK 2007 REVOCABLE TRUST; DEBRA L. COOK, Trustee of the JOHN R. COOK AND DEBRA L. COOK 2007 REVOCABLE TRUST,<br><br>　　　　Defendant. | No.  1:15-cv-01126-GEB-SMS<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement of Entire Action" on October 6, 2015, in which he states: "Plaintiff . . . has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including November 5, 2015 to file the dispositional documents in order to afford the Parties time to complete the settlement." (Notice of Settlement, ECF No. 13.)

　　　　Therefore, a dispositional document shall be filed no later than November 5, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on November 9, 2015, is continued to commence at 9:00 a.m. on December 7, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: October 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2